IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE ZAGEL

MEGAN MUELLER,            )
                          )
         Plaintiff,       )   03C 3498
                          )
    v.                    )   No.
                          )   MAGISTRATE JUDGE ASHMAN
MRS ASSOCIATES,           )
                          )
         Defendant.       )

## COMPLAINT

NOW COMES the Plaintiff, MEGAN MUELLER, by and through her attorneys, KROHN & MOSS, LTD., complaining against the Defendant, MRS ASSOCIATES, and alleging as follows:

## PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

## JURISDICTION AND VENUE

2. Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

## PARTIES

3. Plaintiff, MEGAN MUELLER, is an individual who was at all relevant times residing in the City of Hoffman Estates, Illinois.

4. At all relevant times herein, the Defendant, MRS ASSOCIATES, acted as a debt collector within the meaning of 15 U.S.C. 1692a(6) in that they held themselves out to be a company collecting a debt allegedly owed Direct Merchants

Bank. Defendants alleged actions were upon the collection of an alleged debt that arose from said GECC.

5. Defendant is a corporation that has its principal place of business and its offices located in the town of New Albany, County of Franklin, State of Ohio.

## ALLEGATIONS

### COUNT I
### FAIR DEBT COLLECTION PRACTICES ACT

6. On or about, April 22, 2003, Defendant, acting through its duly authorized agent, Bob Catlin, began calling Plaintiff at work to collect on a debt plaintiff owed to defendant.

7. During the time period from April 22, 2003 through May 1, 2003, Defendant called plaintiff's place of work approximately five times each day requesting payment of the debt.

8. During the time period from May 1, 2003, through the present day, Defendant has continued to call Plaintiff at her place of work every other day.

7. During said phone calls, Defendant threatened that it would take away her home.

8. During said phone calls, Defendant threatened that it would garnish her wages.

9. During said phone calls, Defendant threatened to speak directly to her employer's payroll department about the debt.

10. During said phone calls, Plaintiff requested on multiple occasions that Defendant not call her at work.

11. During said phone calls, Plaintiff inquired as to Defendant's address so that she could put said request in writing. Defendant refused to tell Plaintiff the address.

10. The Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. 1692 in one or more of the following ways:

   a. Failed to provide any validation notice pursuant to and in violation of 15 U.S.C. 1692g(a);

   b. Failed to communicate to the plaintiff the source of the alleged debt and balance owed to the creditor and failed to inform plaintiff of their rights to seek the validity of the debt within thirty (30) days pursuant to and in violation of 15 U.S.C. 1692g(a);

   c. Used threats of actions that cannot legally be taken or are not intended to be taken in violation of 15 U.S.C. 1692e (5);

   d. Used conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with collection of a debt in violation of 15 U.S.C. 1692d;

   e. Communicated with consumer at consumer's place of employment at which personal communications are prohibited in violation of 15 U.S.C. 1692c (a)(3);

   d.. Was otherwise deceptive and violated the Fair Debt Collection Practices Act.

11. As a result of the Defendant's violations as aforesaid the Plaintiff has suffered and continues to suffer personal humiliation, embarrassment, mental anguish, emotional distress and risks losing her job.

WHEREFORE, the Plaintiffs, by and through their attorneys, respectfully pray for judgment as follows:

a. All actual compensatory damages that they have suffered;

b. Statutory damages of $1,000.00 for each violation as identified above.

c. Plaintiffs' Attorneys fees and costs;

d. Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
**MEGAN MUELLER**

By: *Melanie Leonard*
One of her Attorneys

KROHN & MOSS, LTD.
Attorneys for Plaintiff
120 W. Madison St., 10th Floor
Chicago, Illinois 60602
(312) 578-9428

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**DOCKETED**

| | |
|---|---|
| **Plaintiff(s):** MEGAN MUELLER | **Defendant(s):** MRS ASSOCIATES    MAY 2 7 2003 |
| County of Residence: Cook | County of Residence: |
| Plaintiff's Atty: Melanie C. Leonard<br>Krohn & Moss, Ltd.<br>120 W. Madison, Suite 1001<br>Chicago, IL 60602 | Defendant's Atty:<br><br>**03C 3498** |

II. Basis of Jurisdiction:    **3. Federal Question (U.S. not a party)**

**JUDGE ZAGEL**

III. Citizenship of Principal
Parties (Diversity Cases Only)
    Plaintiff:- N/A
    Defendant:- N/A

**MAGISTRATE JUDGE ASHMAN**

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **890 Other Statutory Actions**

VI. Cause of Action:    **Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.**

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: *Melanie Leonard*
Date: 5/23/03

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**    Revised: 06/28/00

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

Megan Mueller
v.
MRS Associates

Case Number: 03C 3498

JUDGE ZAGEL



MAGISTRATE JUDGE ASHMAN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
Megan Mueller

DOCKETED
MAY 27 2003

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Larry P. Smith | NAME: Melanie C. Leonard |
| FIRM: Krohn & Moss, Ltd. | FIRM: Krohn & Moss, Ltd. |
| STREET ADDRESS: 120 W. Madison St., Suite 1001 | STREET ADDRESS: 120 W. Madison St., Suite 1001 |
| CITY/STATE/ZIP: Chicago, IL 60602 | CITY/STATE/ZIP: Chicago, IL 60602 |
| TELEPHONE NUMBER: (312)578-9428　FAX NUMBER: (312)896-7415 | TELEPHONE NUMBER: (312)578-9428　FAX NUMBER: (312)896-7415 |
| E-MAIL ADDRESS: lsmith@consumerlawcenter.com | E-MAIL ADDRESS: mleonard@consumerlawcenter.com |
| IDENTIFICATION NUMBER: 6217162 | IDENTIFICATION NUMBER: 6277883 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☑ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER　FAX NUMBER | TELEPHONE NUMBER　FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |